UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCY SAPP,

      Plaintiff,

v.                                     CASE No. 8:15-CV-305-T-23TGW

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.
_____

## REPORT AND RECOMMENDATION

This cause came on for consideration upon review of the pro se plaintiff's complaint in connection with the plaintiff's request to proceed in forma pauperis (Doc. 1).* Because the complaint fails to set forth any jurisdictional basis for this court's review of plaintiff's case, an Order was entered on February 13, 2015, directing that, within 14 days from the date of the Order, the plaintiff shall file an amended complaint which states: (1) whether she had a de novo hearing before a law judge, as well as the date and

_____

     *This matter comes before the undersigned pursuant to the Standing Order of this court dated January 5, 1998. See also Local Rule 6.01(c)(21).

outcome of any hearing; (2) whether and when she sought review of the law judge's decision from the Appeals Council, any determination by the Appeals Council, and the date of any such determination; and (3) the time frame in which the Appeals Council stated that she could seek review of its decision from this court. The plaintiff has not responded to that Order. Consequently, no showing has been made that this court has jurisdiction of this matter. Accordingly, I recommend that the complaint be dismissed and the case closed.

Respectfully submitted,

THOMAS G. WILSON

DATED: MARCH 10, 2015   UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).