UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCY SAPP,

    Plaintiff,

v.                                              CASE NO. 8:15-cv-305-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

On March 10, 2015, Magistrate Judge Thomas G. Wilson recommended (Doc. 6) dismissing the complaint because the plaintiff failed to comply with a February 13, 2015 order (Doc. 4) directing the plaintiff to plead a jurisdictional basis. More than seventeen days has passed, and no party objects. The report and recommendation (Doc. 6) is **ADOPTED**. The complaint (Doc. 1) is **DISMISSED**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on March 30, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE